UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| MELVIN TODACHEENE, | ) |
| | ) |
| Plaintiff, | ) |
| | )   No. 1:21-cv-00809-LF-KK |
| v. | ) |
| | )   Honorable Laura Fashing |
| BG MEDICAL, LLC, ASPIDE MEDICAL, | ) |
| d/b/a SURGIMESH; MEDICAL | ) |
| MURRAY, INC., CHAMBERLAIN | ) |
| TECHNOLOGIES, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL
OF MEDICAL MURRAY, INC. PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Melvin Todacheene, by and through the undersigned counsel, hereby gives notice that all claims against the defendant Medical Murray, Inc. in the above-captioned action are voluntarily dismissed, without prejudice, the parties to bear their own respective costs.

November 19, 2021

Respectfully submitted,

MELVIN TODACHEENE

By: /s/ *Adam M. Evans*
Adam M. Evans (*pro hac vice*)
BRENES LAW GROUP, P.C.
1200 Main St., Suite 2120
Kansas City, MO 64105
Telephone: (949) 397-9360
Facsimile: (949) 607-4192
aevans@breneslawgroup.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing has been served on November 19, 2021, via the Court's CM/ECF system, on all counsel of record who have consented to electronic service.

/s/ *Adam M. Evans*
Adam M. Evans