IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MELVIN TODACHEENE,

    Plaintiff,

vs.                               Civ. No. 21-809 MLG/KK

BG MEDICAL, LLC, *et al.*,

    Defendants.

## ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

THIS MATTER is before the Court on Plaintiff's Motion to Amend Scheduling Order (Doc. 58), filed February 15, 2024. Defendant BG Medical LLC filed a Notice of Non-Opposition to the Motion on February 27, 2024. The Court, having considered the Motion, and being otherwise fully advised, FINDS that the motion is well-taken and it is hereby GRANTED.

The following amended scheduling order shall be adopted:

| | |
|---|---|
| Plaintiff's expert disclosures due by | August 15, 2024 |
| Defendants' expert disclosures due by | September 12, 2024 |
| Discovery due by | November 27, 2024 |
| Discovery motions due by | December 27, 2024 |
| Pretrial motions due by | December 27, 2024 |
| Proposed Pretrial Order Deadlines | To be reset by the Presiding Judge |

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE